# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANIA TOLLIVER

VERSUS

TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR MANUFACTURING
KENTUCKY, INC., TOYOTA MOTOR
NORTH AMERICAN, INC., TOYOTA
MOTOR SALES, USA, INC.,
TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA,
INC., PRICE LEBLANC PREMIUM,
LC, AND BENNET J. TRICHE

NO.  2024 CW 1173

**DECEMBER 6, 2024**

---

In Re:    Price LeBlanc Premium LC, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 716338.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT DISMISSED.**  Relator has filed a motion to dismiss this
writ application, representing that this matter has been settled
and requesting that this writ application be dismissed in its
entirety.  Accordingly, this writ is dismissed.

                              **EW**
                              **SMM**
                              **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT